**GP GIBSON&PERKINS PC**
Attorneys at Law

SUITE 105
200 EAST STATE STREET
MEDIA, PA 19063
610.565.1708
610.565.4358 [FAX]

DELAWARE OFFICE
1326 KING STREET
WILMINGTON DE 19899
302.668.3992

Kevin William Gibson
Direct Dial 610.565.1708 Ext1
kevingibson@gibperk.com

Admitted in PA and DE

March 29, 2006

Honorable Gregory M. Sleet
US District Court
844 North King Street
Wilmington DE 19801

Re: Watts v Dawson 1:06-cv-165

Dear Judge Sleet:

I am counsel for Plaintiff in the above matter, a legal malpractice case against a Delaware practitioner who resides in Pennsylvania and is also licensed to practice law in Pennsylvania. The Defendant does not list a Pennsylvania office address on her letterhead and to the best of my knowledge the Defendant is not listed in any Pennsylvania legal directory. The matter was initially filed in the New Castle County Superior Court but on Motion of the Defendant, the matter has been removed to this Court.

Although I question the motives for the removal, my initial research shows that removal because diversity is present appears to be a bright line test. Thus I do not want to waste my client's time in battling the Defendant's removal. That having been said, and to prevent further delay in adjudicating this cause of action I would respectfully request the Court to issue a Scheduling Order or hold a Pre Trial Conference as soon as possible.

Respectfully submitted,

KEVIN WILLIAM GIBSON

Cc: Norman Brooks, Jr., Esq.