**GP GIBSON&PERKINS PC**
Attorneys at Law

SUITE 105
200 EAST STATE STREET
MEDIA, PA 19063
610.565.1708
610.565.4358 [FAX]

Kevin William Gibson
Direct Dial 610.565.1708 Ext1
kevingibson@gibperk.com

Admitted in PA and DE

June 26, 2006

Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington DE 19801

                Re: Watts v Dawson 1:06-cv-165

Dear Judge Sleet:

    Plaintiff has filed a Motion for Summary Judgment in the above matter. Accompanying Plaintiff's Motion was a four [4] page Memorandum of Law that contained only two cited cases regarding the standard of what a party must prove in the context of a summary judgment.

    From the Plaintiff's perspective since the Motion is quite straight forward the Plaintiff would request the Court to allow Plaintiff to dispense with the formal requisites of filing a brief and instead rely upon a Memorandum as provided for in Local Rule 7.1.2(b). If the Court is in Agreement I enclose a proposed form or Order.

                                          Very truly yours,

                                          KEVIN WILLIAM GIBSON

Cc: Norman H. Brooks, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS<br>3102 Ruby Drive<br>Wilmington, DE 19810<br><br>　　Plaintiff<br><br>[GMS]<br><br><br>LOIS J. DAWSON, ESQUIRE<br>1525 Delaware Avenue<br>Wilmington DE 19806<br><br>　　Defendant | :<br>:<br>:<br>:<br>:<br>:  No. 1:06 – CV – 165<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

And now this _____ day of _____ 2006, upon review of the Plaintiff's request to file a Memorandum of Law in support of her Motion for Summary Judgment as provided for in Rule 7.1.2(b), and the Court seeing no reason why Plaintiff's request should not be granted it is hereby ORDERED AND DECREED that Plaintiff can proceed by Memorandum in lieu of filing a brief as allowed for by LR 7.1.2(b).The Defendant can file at her option an Answering Memorandum of Brief.

_____
J