# Marks, O'Neill, O'Brien & Courtney, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801
———
(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

June 27, 2006

The Honorable Gregory M. Sleet
U. S. District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

**Re:    Watts v. Dawson**
**C. A. No. 1:06-CV-00165-GMS**
**Our File No. 763-74879**

Dear Judge Sleet:

    This responds to Mr. Gibson's letter motion of June 26 in the captioned civil action. Noticeably absent from Mr. Gibson's letter motion is any reference to mine of June 26 which was faxed to him yesterday morning and according to my records, received by him at 11:26 a.m. I intended to file a motion to strike his non-conforming memorandum for its failure to conform with Local Rule 7.1.3. However, before filing such a non-dispositive motion, I was required by Rule to bring this deficiency to the attention of Plaintiff attorney in an effort to resolve the issue without disturbing the Court, hence, my letter of June 26, attached as Exhibit A. A fair reading of my letter compels the conclusion that the parties did not agree to have this claim resolved on memoranda rather than briefs. Moreover, a motion for summary judgment at this stage of the action, viz., before the parties had even conducted their Rule 16(b) scheduling conference, is premature. Whereas the parties have exchanged no paper discovery and have taken no depositions, none of the documents upon which Plaintiff relies are actually in the record.

    In my view, Plaintiff attorney's attempt to circumvent my good faith efforts to comply with the rules and secure Plaintiff's voluntary withdrawal of this non-conforming motion, and his failure to bring to the Court's attention my objection to proceeding without formal briefing, constitutes a violation of Federal Rule of Civil Procedure 11.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

Judge Sleet
page 2

  Rather than be accused of likewise proceeding in contravention of the rules, I simply inform the Court of the issue at this point, particularly of Defendant's opposition, and advise the Court that Defendant does intend to respond to Plaintiff's motion by filing a motion to strike Plaintiff's Motion for Summary Judgment if the Court does not do it *sua sponte*. Thank you for this consideration.

                Respectfully submitted,

                */s/ Norman H. Brooks, Jr.*

                NORMAN H. BROOKS, JR.

NHB/mlm

Attachment: Ex. A, NHB 6/26/06 Lttr.

cc: Kevin William Gibson, Esquire

DE060820.1

# Ex. A

## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

**PHILADELPHIA OFFICE**
SUITE 1200
1880 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVE
SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

**NEW JERSEY OFFICE**
SUITE 300, COOPER RIVER WEST
6981 NORTH PARK DRIVE
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
GULF TOWER, SUITE 3200
707 GRANT STREET
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
SUITE 302
10 SOUTH CLINTON STREET
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

June 26, 2006

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

*VIA FIRST CLASS MAIL*
*& FACSIMILE: (610) 565-4358*

Re:   **Watts v. Dawson**
      **Our File No. 763-74879**

Dear Mr. Gibson:

      This follows my very unexpected receipt of Plaintiff's motion for partial summary judgment in the above. This was very much a surprise given the fact that we have not yet conducted our meeting to discuss the nature and bases of the claims and defenses, to negotiate a possible settlement or resolution of the case, and to draft a discovery plan as required by Rule 26(f). Therefore, no Scheduling Order has been issued and no discovery has been permitted.

      This motion is extremely premature in that it relies upon documents that have not been discoverable and as yet, are not part of the record. We have made our Rule 26(a) disclosures, but this does not trigger the discovery process. It seems that you have essentially taken it upon yourself to begin the investigative process and have formed conclusions based on your findings before we have taken an opportunity to devise a logical discovery plan.

DE060740.1

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

Mr. Gibson
page two


      Moreover, this purported motion for summary judgment would be considered a dispositive motion. That being so, it fails to satisfy the requirements of a brief. No brief in support has been submitted, and no agreement to proceed in any manner other than briefs has been suggested. Therefore, by filing this motion, Plaintiff has violated the requisites of Rule 7.1.3. Considering all of the above, I respectfully request that you immediately withdraw this motion without prejudice to file it later in the discovery phase, and in the alternative, that you file a supporting brief that complies with Local Rule 7.1.3. If you refuse to voluntarily withdraw the motion, I will have no alternative but to respond with a motion to strike, which will entail a request for all appropriate sanctions. Please let me know before the close of business on June 27. Thank you for your attention to this.

                              Sincerely,

                              */s/ Norman H. Brooks, Jr.*

                              NORMAN H. BROOKS, JR.

NHB/mlm

DE060740.1