**GP  GIBSON&PERKINS PC**
Attorneys at Law

| | |
|---|---|
| SUITE 105 | Edward L. Perkins* |
| 200 E STATE STREET | Kevin Gibson+ |
| MEDIA, PA 19063 | Arij Faruqi |
| 610.565.1708 | Anish Patel* |
| 610.565.4358 [FAX] | Janice Matier* |
| | Eric George* |
| DELAWARE OFFICE: | Richard Welsh |
| 1326 KING STREET | |
| WILMINGTON DE 19899 | OF COUNSEL: |
| 302.668.3992 | Victoria Schutt* |
| | |
| Kevin William Gibson | *LLM in Taxation |
| Direct Dial 610.565.1708 Ext1 | +Admitted in Pa |
| kevingibson@gibperk.com | and Delaware |

July 18, 2006

Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington DE 19801

Re: Watts v Dawson 1:06-cv-165

Dear Judge Sleet:

Plaintiff's Motion for Summary Judgment in the above matter was filed and served on June 22, 2006. To date there has been no answer filed and thus it is respectfully submitted that since the time has expired for answering, the Court can deem the Motion to be unopposed.

Respectfully,

KEVIN WILLIAM GIBSON

Cc: Norman H. Brooks, Jr. Esq. [via fax and efile]