### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

### DEFENDANT, LOIS J. DAWSON'S, MOTION TO STRIKE, OR ALTERNATIVELY, MOTION TO ALLOW ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Lois J. Dawson, Esquire, by and through her undersigned counsel, brings this Motion to Strike, or alternatively, Motion to Allow Additional Time to Respond to Plaintiff's Motion for Partial Summary Judgment. Defendant alleges the following in support thereof:

1. Plaintiff's motion is premature in that the parties have not yet conducted the discovery planning meeting mandated by Fed. R. Civ. P 26(f).

2. Plaintiff's motion relies on documents that are outside of the record and cannot be considered for such motion.

3. The document submitted in support of Plaintiff's Motion for Partial Summary Judgment fails to conform to the requirements of Local Rules 7.1.2 and 7.1.3 of Civil Practice and Procedure of the United States District Court for the District of Delaware and therefore is not a proper supportive brief.

DE061042.1

4.  The format of the document Plaintiff submits in support of her motion violates Local Rule 7.1.2(b) because the Court did not order, and the parties did not agree, to submit statements of points and authorities in memorandum form in lieu of briefs.

5.  Alternatively, should the Court deny Defendant's Motion to Strike, Defendant requests additional time to respond to Plaintiff's motion for partial summary judgment. Defendant had kindly asked Plaintiff to either immediately withdraw her motion without prejudice, which would permit her to file it later in the discovery phase, or alternatively, that Plaintiff file a supporting brief that complied with Local Rule 7.1.3. Plaintiff vehemently denied those requests, and as a result, Defendant's progress in this case has been tremendously impeded. If Plaintiff's Motion is not stricken, Defendant would be prejudiced if not permitted 10 days additional time to address the arguments in Plaintiff's Motion.

6.  In accordance with Delaware District Court Rule 7.1.1, Defendant has made a reasonable effort to reach agreement with the opposing attorney on the matters set forth in this motion.

7.  Defendant submits her opening brief in support of this motion with accompanying exhibits and Appendix, filed contemporaneously with this motion.

WHEREFORE, Defendant, Lois J. Dawson, respectfully requests that this Court STRIKE Plaintiff's Motion for Partial Summary Judgment, or alternatively, to GRANT her additional time to respond to Plaintiff's Motion for Partial Summary Judgment.

**Marks, O'Neill, O'Brien & Courtney, P.C.**

*/s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire, (I.D.. No. 2568)
913 North Market Street, #800

DE061042.1

                    Wilmington, DE 19801
                    (302) 658-6538
                    *Attorney for Defendant Lois J. Dawson*

DATED: July 19, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Defendant, Lois J. Dawson's Motion to Strike is GRANTED.

Or Alternatively,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Defendant, Lois J. Dawson's Motion to Allow Additional Time to Respond to Plaintiff's Motion for Partial Summary Judgment is GRANTED.

_____
Judge Sleet