## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| Defendant. | : | |

**APPENDIX TO DEFENDANT'S OPENING BRIEF IN SUPPORT OF
MOTION TO STRIKE, OR ALTERNATIVELY, MOTION TO ALLOW
ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire (No. 2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Lois J. Dawson*

DATED: July 19, 2006

DE061843.1

## **TABLE OF CONTENTS**

Brooks' 6/26/06 letter to Gibson & related
confirmation page indicating delivery at 112:6 a.m. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-1

Gibson 6/26/06 letter to Court & related Notice of Electronic Filing of same at 4:34 p.m.  . .  A-4

DE061841.1

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE  19801

———

(302) 658-6538
FAX (302) 658-6537

**PHILADELPHIA OFFICE**
SUITE 1300
1880 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY  10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVE
SUITE 305
TOWSON, MD  21204
(410) 339-6880
FAX (410) 339-6881

**NEW JERSEY OFFICE**
SUITE 300, COOPER RIVER WEST
6981 NORTH PARK DRIVE
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
GULF TOWER, SUITE 3200
707 GRANT STREET
PITTSBURGH, PA  15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
SUITE 302
10 SOUTH CLINTON STREET
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

June 26, 2006

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

*VIA FIRST CLASS MAIL*
*& FACSIMILE:  (610) 565-4358*

Re:    **Watts v. Dawson**
       **Our File No. 763-74879**

Dear Mr. Gibson:

This follows my very unexpected receipt of Plaintiff's motion for partial summary judgment in the above.  This was very much a surprise given the fact that we have not yet conducted our meeting to discuss the nature and bases of the claims and defenses, to negotiate a possible settlement or resolution of the case, and to draft a discovery plan as required by Rule 26(f).  Therefore, no Scheduling Order has been issued and no discovery has been permitted.

This motion is extremely premature in that it relies upon documents that have not been discoverable and as yet, are not part of the record.  We have made our Rule 26(a) disclosures, but this does not trigger the discovery process.  It seems that you have essentially taken it upon yourself to begin the investigative process and have formed conclusions based on your findings before we have taken an opportunity to devise a logical discovery plan.

**A-1**

DE060740.1

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

Mr. Gibson
page two


Moreover, this purported motion for summary judgment would be considered a dispositive motion. That being so, it fails to satisfy the requirements of a brief. No brief in support has been submitted, and no agreement to proceed in any manner other than briefs has been suggested. Therefore, by filing this motion, Plaintiff has violated the requisites of Rule 7.1.3. Considering all of the above, I respectfully request that you immediately withdraw this motion without prejudice to file it later in the discovery phase, and in the alternative, that you file a supporting brief that complies with Local Rule 7.1.3. If you refuse to voluntarily withdraw the motion, I will have no alternative but to respond with a motion to strike, which will entail a request for all appropriate sanctions. Please let me know before the close of business on June 27. Thank you for your attention to this.

Sincerely,

/s/ Norman H. Brooks, Jr.

NORMAN H. BROOKS, JR.

NHB/mlm

**A-2**

Message Confirmation Report                     JUN-26-2006 11:26 AM MON

```
                                    Fax Number   :
                                    Name         :   MARKS, O'NEILL-WILM

Name/Number     :   16105654358
Page            :   3
Start Time      :   JUN-26-2006 11:26AM MON
Elapsed Time    :   00'25"
Mode            :   STD ECM
Results         :       [O.K]
```

**A-3**

**GP** GIBSON&PERKINS PC

Attorneys at Law

SUITE 105
200 EAST STATE STREET
MEDIA, PA 19063
610.565.1708
610.565.4358 [FAX]

Kevin William Gibson
Direct Dial 610.565.1708 Ext1
kevingibson@gibperk.com

Admitted in PA and DE

June 26, 2006

Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington DE 19801

Re: Watts v Dawson 1:06-cv-165

Dear Judge Sleet:

Plaintiff has filed a Motion for Summary Judgment in the above matter. Accompanying Plaintiff's Motion was a four [4] page Memorandum of Law that contained only two cited cases regarding the standard of what a party must prove in the context of a summary judgment.

From the Plaintiff's perspective since the Motion is quite straight forward the Plaintiff would request the Court to allow Plaintiff to dispense with the formal requisites of filing a brief and instead rely upon a Memorandum as provided for in Local Rule 7.1.2(b). If the Court is in Agreement I enclose a proposed form or Order.

Very truly yours,

KEVIN WILLIAM GIBSON

Cc: Norman H. Brooks, Jr., Esq.

**A-4**

## Brooks Jr., Norman H.

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Monday, June 26, 2006 4:34 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00165-GMS Watts v. Dawson "Letter" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Gibson, Kevin entered on 6/26/2006 at 4:34 PM EDT and filed on 6/26/2006

**Case Name:**       Watts v. Dawson
**Case Number:**    1:06-cv-165
**Filer:**
**Document Number:** 7

**Docket Text:**
Letter to Honorable Gregory M. Sleet from Kevin William Gibson regarding Memorandum filed in lieu of Brief. (Gibson, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/26/2006] [FileNumber=235619-0]
[a42373e8c0b3c91dc014b7015b729b66e1c7a14f2f638b1035daa25050fc2b67fda5
6e7e21b8ce8797adb062f3eebb364d6e854f1a7f98bcd768068dfad9afd9]]

**1:06-cv-165 Notice will be electronically mailed to:**

Norman H. Brooks , Jr    nbrooks@mooclaw.com,

Kevin W. Gibson     kevingibson@gibperk.com,

**1:06-cv-165 Notice will be delivered by other means to:**

**A-5**