IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,                          :
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :      C. A. No. 1:06-CV-00165-GMS
                                          :
LOIS J. DAWSON, ESQUIRE                   :
                                          :
            Defendant.                    :

### NOTICE OF DEMAND FOR MEDICAL EVALUATION

COMES NOW; the Defendant, by and through counsel, pursuant to U.S. District Court Civil

Rule 26.1, and demands the Plaintiff, Elizabeth Watts, attend an medical evaluation with Dr. Donald

Archer, on **Monday, December 11, 2006 at 2:00 p.m** at Dr.Archer's office located at 4755

Ogletown-Stanton Road, Newark, DE.


_____

Norman H. Brooks, Jr., ID 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street Mall, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*

DATED:    10/27/06

DE068481.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,             :
                                   :

       Plaintiff,          :

                                    :

     v.                    :     C. A. No. 1:06-CV-00165-GMS

                                    :

LOIS J. DAWSON, ESQUIRE    :

                                    :

       Defendant.       :

## <u>NOTICE OF DEMAND FOR MEDICAL EVALUATION</u>

COMES NOW; the Defendant, by and through counsel, pursuant to U.S. District Court Civil

Rule 26.1, and demands the Plaintiff, Elizabeth Watts, attend an medical evaluation with Dr. Donald

Archer, on **Monday, December 11, 2006 at 2:00 p.m** at Dr.Archer's office located at 4755

Ogletown-Stanton Road, Newark, DE.

Norman H. Brooks, Jr., ID 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street Mall, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*

DATED:  *10/27/06*

DE068481.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| | : | |
| Defendant. | : | |

---

### CERTIFICATE OF SERVICE

---

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby

certify that on this **30th** day of **October**, 2006, that I caused two true and correct copies of the **Notice**

**of Demand for Medical Evaluation** were served by electronic filing upon the following counsel of record:

 

 

Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899

 

 

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
*Attorney for Defendant*

DE068868.1