IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
|     Plaintiff, | : |
| v. | :    C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
|     Defendant. | : |

### NOTICE OF DEMAND FOR FUNCTIONAL CAPACITY EVALUATION

COMES NOW; the Defendant, by and through counsel, pursuant to U.S. District Court Civil Rule 26.1, and demands the Plaintiff, Elizabeth Watts, attend a functional capacity evaluation with Jill Galper, P.T., on **Monday, November 20, 2006 at 1:30 p.m** at Ms. Galper's office located at 3411 Silverside Road, The Weldin Building, Suite 102, Wilmington, DE 19810.

 

_____
Norman H. Brooks, Jr., ID 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street Mall, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*

DATED: 11/20/06

DE069770.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __9th__ day of __November__, 2006, that I caused two true and correct copies of the **Notice of Demand for Functional Capacity Evaluation** were served by electronic filing upon the following counsel of record:

Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899


/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
*Attorney for Defendant*

DE069838.1