IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

### NOTICE OF DEPOSITION

TO: Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the following oral depositions on January 3, 2007 in the offices of Marks, O'Neill, O'Brien & Courtney located at 913 Market Street, Suite 800, in Wilmington, Delaware:

Be Jordan          10:00 a.m.

_____
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED: 12/19/06

cc: Esquire Deposition (by fax)

DE072706.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **19th** day of **December**, 2006, that I caused two true and correct copies of the **Notice of Demand for Medical Evaluation** were served by electronic filing upon the following counsel of record:

       Kevin William Gibson, Esquire
       1326 King Street
       Wilmington, DE 19899

       /s/ Norman H. Brooks, Jr.
       Norman H. Brooks, Jr., Esquire / I.D. No. 2568
       *Attorney for Defendant*

DE072707.1