IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## RE-NOTICE OF DEPOSITION

TO:  Kevin William Gibson, Esquire
     1326 King Street
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the following oral depositions on January 3, 2007 in the offices of Marks, O'Neill, O'Brien & Courtney located at 913 Market Street, Suite 800, in Wilmington, Delaware:

**Be Jordan**          8:30 a.m.

/s/ *Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED: December 28, 2006

DE073130.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : : : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __**28th**__ day of **December**, 2006, that I caused two true and correct copies of the **Notice of Demand for Medical Evaluation** were served by electronic filing upon the following counsel of record:

Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899


/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
*Attorney for Defendant*

DE073131.1