IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,                            :
                                            :
            Plaintiff,                      :
                                            :
      v.                                    :      C. A. No. 1:06-CV-00165-GMS
                                            :
LOIS J. DAWSON, ESQUIRE                     :
                                            :
            Defendant.                      :

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

COMES NOW, Defendant Lois J. Dawson, Esq., by and through the undersigned counsel, and moves this Court pursuant to Civil Rules 35 and 37 for an Order compelling Plaintiff to submit to a Functional Capacity Examination, to submit to a Vocational Rehabilitation Evaluation, and to identify her expert on the standard of care applicable to Delaware attorneys. In support of her motion, Defendant states as follows:

### I. Rule 35 Examinations

#### A. Functional Capacity Examination

1. On November 8, 2006, the undersigned counsel for the Defendant advised Plaintiff's counsel that Defendant had scheduled a Functional Capacity Examination (FCE) of Plaintiff by and at the office of Jill Galper, P.T. for November 20, 2006 at 1:30 p.m., providing the time and location of the FCE and advising that his client would be responsible for any "no-show" fee or late cancellation fee. (See Exhibit A attached).

2. On November 9, 2006, counsel filed with this Court a Notice of Demand for a Functional Capacity Examination and properly served the same on Plaintiff (see Exhibit B attached) and pre-paid $950 for the FCE (see Exhibit C attached).

3. On November 13, 2006, Plaintiff's counsel contacted Defendant's counsel advising that Plaintiff would not attend the FCE, because Defendant failed to request Plaintiff's availability before scheduling the exam and because the Plaintiff is allegedly incapable of sitting for a 4 hour exam but offering no medical or legal grounds to support his objections. (see Exhibit D attached)

4. On November 15, 2006, Defendant's counsel advised Plaintiff's counsel of, among other things: the date, time, and an explanation of the FCE. (See Exhibit E attached).

5.    On information and belief, on November 16, 2006 IMX called Plaintiff's attorney to confirm Plaintiff's attendance at the November 20 FCE and never received a reply.

6.    On November 17, 2006, Defendant's counsel advised Plaintiff's counsel that in the absence of a physician's disability note excusing Plaintiff from the evaluation, or a Protective Order from the Court, Plaintiff was expected to undergo the FCE or pay a cancellation fee.  (See Exhibit F attached).

7.    On November 20, 2006, Plaintiff's counsel notified Defendant's counsel that the Plaintiff would not attend the FCE nor *any type of testing* unless scheduled through his office (See Exhibit G attached).

8.    On December 1, 2006, Defendant's counsel requested that Plaintiff's counsel select from among 4 predetermined dates in order to schedule Plaintiff's FCE, requesting a response as soon as possible.  (See Exhibit H attached).

9.    On December 7, 2006, Defendant's counsel again requested that Plaintiff's counsel select form among a *second set* of dates for the FCE, this time requesting Plaintiff's counsel to respond no later than December 11, 2006.  (Id.).

10.    To date, Plaintiff counsel has failed to provide a reasonable explanation for Plaintiff's inability or unwillingness to schedule and undergo an Functional Capacity Examination.

**B. Vocational Rehabilitation Evaluation**

11.    On November 8, 2006 Defendant's counsel sought the assistance of RP Vocational Rehabilitation to arrange a Vocational Rehabilitation Evaluation (VRE) for the Plaintiff.  By letter dated that same day from Rosalyn Peirce, Certified Rehabilitation Expert, Plaintiff's counsel was informed of the request and asked for his assistance in coordinating the VRE.  (See Exhibit I attached).

12.    On November 13, 2006, Defendant's counsel was informed by Ms. Pierce that Plaintiff's counsel had spoken with her, had not yet scheduled the VRE, and was being uncooperative in doing so, notwithstanding the assistive devices she could offer to make Plaintiff as comfortable as possible.

13.    On November 15, 2006, Plaintiff's counsel was advised, among other things: the date and time of the VRE and a summary of his conversation with Ms. Pierce. (See again Exhibit E attached).

14.    On November 29, 2006, counsel paid a retainer of $2,500 to RP Vocational Rehabilitation for the VRE (see Exhibit J attached).

15.    To date, Plaintiff counsel has failed to provide a reasonable explanation for Plaintiff's inability or unwillingness to schedule and undergo a Vocational Rehabilitation Evaluation.

**C. Ordering Rule 35 Examinations**

16.    A Rule 35 examination will be ordered where the moving party has shown that the mental or physical condition of a party is in controversy and there is good cause for the examination. Parker v. University of Pennsylvania, 128 Fed. Appx. 944, 947 (3rd Circ., 2005).

17.    Rule 35 examinations may properly include a Functional Capacity Examination (Escobar v. Blessey Marine Services, Inc., 2004 U.S. Dist. LEXIS 19010 *4-*5 (E.D. La., 2004))[1], or a Vocational Rehabilitation Evaluation (Jefferys v. LRP Publications, Inc., 184 F.R.D. 262, 263 (E.D Pa., 1999)).

18.    Defendant has good cause to examine Plaintiff's functional capacity, and to clarify her employability through a vocational evaluation, because Plaintiff's malpractice claims are based on allegations that Defendant failed to pursue litigation on a theory that Plaintiff was incapable of returning to work in any capacity.

**II. Expert Discovery**

19.    During the scheduling tele-conference the Court held on September 14, 2006, Plaintiff's counsel asserted that he had already selected an expert to testify on the applicable standard of care in the Delaware legal community. (Conf. Tr., 9/14/06, p. 18-19).

20.    The Court required the parties to designate their experts, submit their expert reports, and identify rebuttal experts prior to the January 16th mediation memorandum deadline. (Id. at 31).

---

[1]See Exhibit 3 to accompanying brief

DE072168.1

21.      Rule 26(a)(2) of the F.R.C.P. requires Plaintiff to disclose the identity of any person who may be used at trial to present expert testimony.  Further, "[t]hese disclosures shall be made at the times and in the sequence directed by the court."  (F.R.C.P. 26(a)(2)(C)).

22.      The party who fails to disclose the identity of an expert pursuant to Rule 26 bears the burden of showing substantial justification fro the failure and that the failure is harmless.    Brooks v. Price, 121 Fed. Appx. 961, 965 (3rd cir. 2005), citing Newman v. GHS Osteopathic, Inc., 60 F.3d 153, 156 (3d Cir. 1995).

23.      On November 15, 2006, Plaintiff's counsel contended that he hadn't yet decided to offer expert testimony, that the court hadn't yet held a scheduling conference and, therefore, that he had no obligation to identify an expert at that time.  (See Exhibit K attached).

24.      Defendant's counsel responded with a more specific request to examine Plaintiff's counsel's files and for him to promptly identify his expert so Defendant could depose said expert.  (Id.)

25.      To date, Plaintiff's counsel has failed to identify the expert.

26.      Defendant seeks to identify and depose Plaintiff's expert pursuant to the Court's direction at the September 14, 2006 tele-conference and in order to expedite the flow of litigation.

27.      Plaintiff has not provided substantial justification for its failure to disclose the identity of its expert and cannot show that such failure is harmless to the Defendant.

## CERTIFICATION

The undersigned attorney for the Defendant certifies that he has, through the aforementioned communications with counsel for the Plaintiff, attempted in good faith to confer with Plaintiff's counsel and to secure a Functional Capacity Examination of the Plaintiff, a Vocational Rehabilitation Evaluation of the Plaintiff, and the identity of Plaintiff's expert, without judicial intervention, but Plaintiff has failed or refused to submit to either an FCE or a VRE, and has not identified her expert.

WHEREFORE, Defendant prays that the Court enter an Order:

(1)      Compelling Plaintiff to submit to a Functional Capacity Examination by and at the office of Jill Galper, P.T., located at 3411 Silverside Road, The Weldin Building, Suite 102,

Wilmington, DE 19810;

(2)    Compelling Plaintiff to submit to a Vocational Rehabilitation Evaluation by and at the office

of Rosalyn Peirce, Certified Vocational Expert, located at Two Penn Center, Suite 1050,

Phila., PA 19102; and

(3)    Compelling Plaintiff to furnish the Defendant with the identity of Plaintiff's legal expert.


                                    /s/ Theodore J. Segletes, III
                                Norman H. Brooks, Jr., Esquire (ID # 2568)
                                Theodore J. Segletes, III, Esquire (ID # 4456)
                                Marks, O'Neill, O'Brien & Courtney, P.C.
                                913 North Market Street, #800
                                Wilmington, DE 19801
                                (302) 658-6538

                                *Attorneys for Defendant*
                                *Lois J. Dawson, Esq.*


DATED: December 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,                           :
                                           :
              Plaintiff,                    :
                                           :
       v.                                  :    C. A. No. 1:06-CV-00165-GMS
                                           :
LOIS J. DAWSON, ESQUIRE                     :
                                           :
              Defendant.                    :

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2006, This Court having heard and

considered Defendant's Motion to Compel and the response of Plaintiffs, and finding the motion with merit,

it is HEREBY GRANTED and Plaintiff shall:

(1)      Submit to a Functional Capacity Examination by and at the office of Jill Galper, P.T., located at

         3411 Silverside Road, The Weldin Building, Suite 102, Wilmington, DE 19810;

(2)      Submit to a Vocational Rehabilitation Evaluation by and at the office of Rosalyn Peirce, Certified

         Vocational Expert, located at Two Penn Center, Suite 1050, Philadelphia, PA 19102; and

(3)      Forthwith furnish the Defendant with the identity of Plaintiff's legal expert.


       It is SO ORDERED.


                                           _____
                                           J.


DE072168.1

**Exhibit A**

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801
——————
(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

November 8, 2006

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

> **RE:**   **Watts v. Dawson**
> **Our File No. 763-74879**

Dear Mr. Gibson:

We have scheduled your client Elizabeth Watts, for a Functional Capacity Examination with Jill Galper, PT, on **Monday, November 20, 2006 at 1:30 p.m.** Ms. Galper's office is located at 3411 Silverside Road, The Weldin Building, Suite 102, Wilmington, DE. If directions to the facility are required, please contact IMX Medical Management Services at 1-800-707-0575. Your client will be responsible for any "no show" fee or late cancellation fee. Ms. Watts should wear comfortable clothing to this appointment.

Sincerely,

**MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.**

By: _____
Norman H. Brooks, Jr.
Paulette A. Thomas, AIC

NHB/pat

DE069767.1

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD · SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE · SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

———————

(302) 658-6538
FAX (302) 658-6537

DATE: ___11/9/86___

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE · SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER · SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET · SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

# T E L E C O P Y

## FOR THE IMMEDIATE DELIVERY TO:

**ATTENTION OF:** Kevin William Gibson, Esquire

**FROM:** Norman Brooks

**RE:** Watts v. Dawson

**FAX NO.** 610-565-4358

**TELEPHONE NO.**

**COMMENTS:**

---

**NUMBER OF PAGES INCLUDING THIS PAGE:** 2

**IF YOU DO NOT RECEIVE ALL OF THE PAGES AS STATED ABOVE, PLEASE CALL AS SOON AS POSSIBLE.  THANK YOU.**

---

The documents accompanying this telecopy transmission contain information from the law firm of Marks, O'Neill, O'Brien & Courtney, P.C. which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately.  In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
MARKS ONEILL OBRIEN & COU
(302)-658-6537
Nov 09 2006 9:30am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Nov 9 | 9:29am | Sent | 16105654358 | 0:54 | 2 | OK |

Result:
  OK - black and white fax

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,                         :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :     C. A. No. 1:06-CV-00165-GMS
                                          :
LOIS J. DAWSON, ESQUIRE                   :
                                          :
          Defendant.                      :

## NOTICE OF DEMAND FOR FUNCTIONAL CAPACITY EVALUATION

COMES NOW; the Defendant, by and through counsel, pursuant to U.S. District Court Civil

Rule 26.1, and demands the Plaintiff, Elizabeth Watts, attend a functional capacity evaluation with

Jill Galper, P.T., on **Monday, November 20, 2006 at 1:30 p.m** at Ms. Galper's office located at

3411 Silverside Road, The Weldin Building, Suite 102, Wilmington, DE 19810.


Norman H. Brooks, Jr., ID 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street Mall, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*

DATED: 11/9/06

DE069770.1

E-Filed 11/9/06 PAT
Doc #19

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ELIZABETH WATTS,                          :
                                          :
      Plaintiff,                     :
                                          :
v.                                        :   C. A. No. 1:06-CV-00165-GMS
                                          :
LOIS J. DAWSON, ESQUIRE                    :
                                          :
      Defendant.                     :

---

## CERTIFICATE OF SERVICE

---

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby

certify that on this  **9th**  day of **November**, 2006, that I caused two true and correct copies of the

**Notice of Demand for Functional Capacity Evaluation** were served by electronic filing upon the

following counsel of record:

      Kevin William Gibson, Esquire
      1326 King Street
      Wilmington, DE 19899


                  /s/ Norman H. Brooks, Jr.
                  Norman H. Brooks, Jr., Esquire / I.D. No. 2568
                  *Attorney for Defendant*

## Discovery Documents
1:06-cv-00165-GMS Watts v. Dawson

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Brooks, Norman on 11/9/2006 at 1:52 PM EST and filed on 11/9/2006

**Case Name:**        Watts v. Dawson
**Case Number:**      1:06-cv-165
**Filer:**            Lois J. Dawson
**Document Number:** 19

**Docket Text:**
NOTICE OF SERVICE of Notice of Demand for Functional Capacity Exam by Lois J. Dawson. (Attachments: # (1) Certificate of Service)(Brooks, Norman)


**1:06-cv-165 Notice has been electronically mailed to:**

Norman H. Brooks , Jr    nbrooks@mooclaw.com

Kevin W. Gibson    kevingibson@gibperk.com

**1:06-cv-165 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/9/2006] [FileNumber=300499-0]
[a03896d1b20188e499e9e1cd3b3228caf8f6412590781f71d57bba90dab9296ba3e6
84332f51623ae4428c41cf2928274ea002b7c3ab521dbd49ff23948a1060]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/9/2006] [FileNumber=300499-1]
[c0489e3640232d78c5efaec1872fb3e7b2ca39723cec083ff4a216c95883aab2b3da
10885a177aaf7ce996817110e4f5e7c53debf5a6562211f9adec8bec58d7]]

**Exhibit C**

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD · SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE · SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

———

(302) 658-6538
FAX (302) 658-6537

November 9, 2006

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE · SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER · SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET · SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

IMX Medical Management Services
Attn: Ms. Jeannette Schmid
P.O. Box 557
Bala Cynwyd, PA 19004

RE:     **Watts v. Dawson**
        **Our File No. 763-74879**

Dear Ms. Schmid:

Enclosed please find our firm's check number 2015 in the amount of $950 in prepayment of the functional capacity exam of Elizabeth Watts on Monday, November 20, 2006 at 1:30 P.M. with Jill Galper, P.T. We will forward the records in the next day or so.

Sincerely,

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.

By:
Norman H. Brooks, Jr.
Paulette A. Thomas, AIC

NHB/pat
Enclosure:    Invoice
              Check

DE069868.1

# IMX   Medical Management Services

Two Bala Plaza, Suite 600, PO Box 557, Bala Cynwyd, PA 19004        Phone: (610) 667-4463 • Fax: (610) 667-4764
                                                                   Toll free: (800) 707-0575

## Payment Request

                                                    **Date:** 11/08/2006

**Dear:**   Norman Brooks, Esquire

An Functional Capacity Evaluation has been scheduled as follows:

**Claimant:**     **Elizabeth Watts**
**Claim #:**      **76374879**
**Appt. Date:**   **11/20/2006**
**Time:**         **1:30 PM**
**Provider:**     **Jill Galper, PT**

**Location:**     **3411 Silverside Road**
                  **The Weldin Building**
                  **Suite 102**
                  **Wilmington DE, 19810**

**IME Payment Requirement**
We require that the total fee be paid at least seven (7) calendar days prior to the scheduled examination.

**IME Cancellation, Reschedule or No Show**
$475.00 of this fee is non-refundable if the examination is cancelled or rescheduled within 3 working days of the scheduled date. If the claimant is a "No Show" a fee of $475.00 will be incurred.

**IME Late Reschedule or No Show Additional Payment**
If the examination must be rescheduled within 3 days of the scheduled date, we would require an additional fee of $475.00 in advance to confirm the new date. If the claimant is a "No Show", we would require an additional fee of $475.00.

**Testing/Consultation**
We also require that all authorized testing or consultation be paid in advance. In addition to IME Cancellation/No Show Fees, an additional charge will be incurred for Cancellation/No Show of the following within three (3) working days: For Functional Capacity Testing, $350.00, For MMPI $50.00, For VIP Testing $50.00. For other services, please call our office for a quote on the appropriate Cancellation/No Show Policy and Fees.

**Payment Due:**

Functional Capacity Evaluation

**Total Due: $950.00**          **Date Payment Due: 11/20/2006**

**MAKES CHECKS PAYABLE TO:**  IMX Tax ID # 23-2804615

**PLEASE MAIL CHECKS TO:**          IMX P O Box 557 Bala Cynwyd, PA  19004

**PLEASE MAIL ALL RECORDS TO:**     IMX P O Box 557 Bala Cynwyd, PA  19004

11/8/2006



**Exhibit D**

# KEVIN WILLIAM GIBSON, ESQUIRE
## GIBSON & PERKINS, P.C.
### Attorneys and Counselors at Law

| | |
|---|---|
| **Suite 105** | **1326 King Street** |
| **200 East State Street** | **Wilmington DE 19899** |
| **Media, PA 19063** | **302.668.3992** |
| **kevingibson@gibperk.com** | |

---

| | |
|---|---|
| **TELEPHONE:** | **610.565.1708 Ext. 1** |
| **FAX** | **610.565.4358** |

---

## FACSIMILE MESSAGE

TO:       Norman H Brooks, Esq.
Fax:      302.658.6537
FROM:    KEVIN WILLIAM GIBSON, ESQ
          kevingibson@gibperk.com

PAGES:    1 [Including cover sheet]

DATE:     November 13, 2006

Re:       Watts v Brooks

**ORIGINAL WILL FOLLOW VIA:**
REGULAR MAIL _____    OVERNIGHT MAIL __ HAND-DELIVERY
 **X   ORIGINAL WILL NOT FOLLOW**

## COMMENTS:

Ms. Watts is not available for the Functional Capacity Examination you unilaterally scheduled for November 20, 2006. Civility and professionalism require you to call and request available dates for me and my client. You did not do so. Also, given my clients permanent disability, she can not sit for a four hour exam. The exam will have to be split into two sessions. I have asked you for dates to depose Ms. Dawson. Too date you have not responded. I will unilaterally schedule her deposition if I have no dates by the end of this week. kwg

**The information contained in this facsimile message is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the US Postal Service.**

**Exhibit E**

**Exhibit E**

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

November 15, 2006

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

*VIA FACSIMILE: (610) 565-4358*

Re:     **Watts v. Dawson**
        **Our File No. 763-74879**

## Exams/Evaluations

Dear Mr. Gibson:

This responds to your November 13 facsimile in the above. I believe there is some confusion. This office has scheduled the following exams/evaluations of Ms. Watts:

| | | |
|---|---|---|
| Independent Medical Exam | Dr. Donald Archer | December 11, 2006 at 2 p.m. |
| Functional Capacity Exam | Jill Galper, P.T. | November 20, 2006 at 1:30 p.m. |
| Vocational Evaluation | Rosalyn Pierce | To Be Arranged BY YOU |

Ms. Pierce spoke with you on November 13 regarding her evaluation. She previously sent you a letter asking for contact and convenient dates for the evaluation. When you spoke with her on 11/13, you mentioned your concerns about Plaintiff being able to sit during the approximately 4 hour evaluation. Ms. Pierce responded by indicating that she is very accommodating and that Ms. Watts would not need to be seated during the entire 4 hour evaluation. She has various back and neck supports available to the interviewees and tries very hard to make the person comfortable. In any event, should she be unable to complete the evaluation, she could separate it into two separate visits.

DE070176.1

Marks, O'Neill, O'Brien & Courtney, P.C.

Mr. Gibson
page two

The Functional Capacity Exam is something very different, and should not take 4 hours. It is currently scheduled for November 20, 2006 at 1:30 with Jill Galper, P.T. It is an exam to determine Ms. Watts capabilities. The length of the exam can vary. It can take up to 4 hours, but may not. If Ms. Watts feels at any time she cannot continue, she needs only to tell Ms. Galper at the time and the exam will end. Ms. Watts will be permitted breaks where she can move around. Should you need this exam re-scheduled, please let me know.

I trust this clarifies this issues raised in your letter, and that a motion will not be necessary. In the absence of a contrary indication, I trust your client will appear for the examinations/interviews already scheduled, and that you will follow up directly with Ms. Pierce in an effort to arrange a convenient time for her to do her evaluation. Thank you for your attention to this.

Sincerely,

NORMAN H. BROOKS, JR.

NHB/mlm

cc:    Ms. Rosalyn Pierce

DE070176.1

**Message Confirmation Report**                    NOV-15-2006 04:19 PM WED

```
                                        Fax Number   :
                                        Name         :  MARKS, O'NEILL-WILM


        Name/Number     :   16105654358
        Page            :   3
        Start Time      :   NOV-15-2006 04:19PM WED
        Elapsed Time    :   00'25"
        Mode            :   STD ECM
        Results         :        [O.K]
```

**Exhibit F**

## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD · SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE · SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

———

(302) 658-6538
FAX (302) 658-6537

November 17, 2006

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE · SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER · SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET · SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

_VIA FACSIMILE: (610) 565-4358_

**Re:   Watts v. Dawson**
    **Our File No. 763-74879**

### Functional Capacity Examination

Dear Mr. Gibson:

This follows mine of November 15 in the above. We have not received a Motion for Protective Order regarding the Functional Capacity Exam scheduled for Monday, November 20, 2006 at 1:30 p.m. In the absence of a physician's disability note that Ms. Watts is physically unable to undergo this evaluation or an Order from the Court, I expect that Ms. Watts will attend the evaluation. The examiner is well familiar with working with patients with limitations, restrictions and disabilities; and appropriate safeguards and precautions are in place to ensure the patient's condition will not be exacerbated. In the absence of a Court Order, I will look to you for the cancellation fee of $350 should Ms. Watts fail to appear for the exam. Thank you for your attention to this.

Sincerely,

NORMAN H. BROOKS, JR.

NHB/pat

DE070523.1

## Message Confirmation Report

NOV-17-2006 09:58 AM FRI

Fax Number    :
Name          :  MARKS, O'NEILL-WILM

```
Name/Number    :   16105654358
Page           :   1
Start Time     :   NOV-17-2006 09:58AM FRI
Elapsed Time   :   00'14"
Mode           :   STD ECM
Results        :      [O.K]
```

**Exhibit G**

**KEVIN WILLIAM GIBSON, ESQUIRE**
**GIBSON & PERKINS, P.C.**
Attorneys and Counselors at Law

Suite 105
200 East State Street
Media, PA 19063
kevingibson@gibperk.com

1326 King Street
Wilmington DE 19899
302.668.3992

| | |
|---|---|
| **TELEPHONE:** | **610.565.1708 Ext. 1** |
| **FAX** | **610.565.4358** |

## FACSIMILE MESSAGE

TO:       Norman Brooks
Fax:      302.658.6537
FROM:  KEVIN WILLIAM GIBSON, ESQ
            kevingibson@gibperk.com

PAGES:  1 [Including cover sheet]

DATE:    November 20, 2006

Re:       Watts v Dawson

ORIGINAL WILL FOLLOW VIA:
REGULAR MAIL ____    OVERNIGHT MAIL __ HAND-DELIVERY
 X   ORIGINAL WILL NOT FOLLOW

## COMMENTS:

You are testing the bounds of my ability to maintain a civil relationship with you. My client will not be present for the Functional Capacity Exam you scheduled for today. You were advised of this fact early last week so if there is a cancellation fee, we will not pay same. In the future my client will not attend any type of testing unless the dates are first cleared with my office. This is the way it is supposed to be done. This is the last time I will ask for dates to depose Ms. Dawson. If I do no not have a range of dates one will be picked unilaterally. KWG

The information contained in this facsimile message is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the US Postal Service.

**Exhibit H**

**Thomas, Paulette A.**

| | |
|---|---|
| **From:** | Thomas, Paulette A. |
| **Sent:** | Thursday, December 07, 2006 12:02 PM |
| **To:** | Thomas, Paulette A.; 'Kevin William Gibson' |
| **Cc:** | Brooks Jr., Norman H. |
| **Subject:** | RE: Watts v. Dawson |

Dear Mr. Gibson:

This follows our conversation of 12/5/06. I have had to change the available dates for the FCE. They are now 12/21 and 12/22 at 9:30 as well as 1/3/07 and 1/4/07 at 9:30. Please let me know by the end of business on Monday, December 11th which set of dates will be acceptable. It is my understanding that you will be seeing your client that day. In order to keep these dates available, I need your response by Monday, 12/11. Thank you.

**Paulette A. Thomas, AIC**
**Marks, O'Neill, O'Brien & Courtney**
**913 N. Market Street, Suite 800**
**Wilmington, DE 19801**
**Phone (302) 658-6538**
**Fax (302) 658 6537**

| | |
|---|---|
| **From:** | Thomas, Paulette A. |
| **Sent:** | Friday, December 01, 2006 10:40 AM |
| **To:** | 'Kevin William Gibson' |
| **Cc:** | Brooks Jr., Norman H. |
| **Subject:** | Watts v. Dawson |

Dear Mr. Gibson:

We have contacted IMX regarding the functional capacity exam of your client, Elizabeth Watts. In consideration of your request concerning your client, IMX suggests that the exams be done over 2 consecutive dates. They can offer these two sets of dates: Wednesday, December 20 @ 9:30 a.m. and 12/21/06 at 9:30 a.m. or 1/3/07 at 9:30 a.m. and 1/4/07 at 9:30 a.m. Please let us know as soon as possible which set of dates will be acceptable. Thank you.

**Paulette A. Thomas, AIC, Paralegal to Norman H. Brooks, Jr.**
**Marks, O'Neill, O'Brien & Courtney**
**913 N. Market Street, Suite 800**
**Wilmington, DE 19801**
**Phone (302) 658-6538**
**Fax (302) 658 6537**

**Exhibit I**



November 8, 2006


Kevin Gibson, Esquire
Gibson & Perkins
200 E. State Street, #105
Media, PA 19063

**RE: Elizabeth Watts**

Dear Mr. Gibson:

I have been requested by Pauline Thomas, Esquire, to complete a Vocational Rehabilitation Evaluation on your client. Therefore, I am requesting your cooperation in coordinating an interview and vocational testing, which can be completed at my office.

During this assessment, we will discuss your client's education, work history, medical status, and other issues pertinent to her vocational rehabilitation. I will also administer a vocational testing battery which requires approximately four hours.

I would appreciate hearing from you at your earliest convenience. I may be contacted at (215) 972-1775. I have enclosed my business card for your reference.

Thank you for your attention to this matter.


Very truly yours,



Rosalyn Pierce, M.A., C.R.C., C.D.M.S., N.C.C., C.C.M., L.R.C.
Board Certified Vocational Expert

RP:fms
Enclosure:

*Two Penn Center, Suite 1050, 1500 John F. Kennedy Boulevard, Philadelphia, Pennsylvania 19102 tel:215.972.1775 fax:215.972.6756*

**Exhibit J**

## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

**ATTORNEYS AT LAW**
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801
————
(302) 658-6538
FAX (302) 658-6537

November 29, 2006

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

Ms. Rosalyn Pierce
Vocational Rehabilitation
Two Penn Center, Suite 1050
John F. Kennedy Blvd.
Philadelphia, PA 19102

RE:   **Watts v. Dawson**
      **Our File No. 763-74879**

Dear Ms. Pierce:

Enclosed please find our firm's check number 2037 in the amount of $2,500 for your retainer for this case. I had also sent out 2 binders of medical records last week. They may come in 2 separate packages. Please let me know if you have not already received them. If not, we will have the materials re-copied and sent again. Thank you.

Sincerely,

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.

By:

Norman H. Brooks, Jr.
Paulette A. Thomas, AIC

NHB/pat
Enclosure: Check

DE071246.1

2037

**MARKS, O'NEILL, O'BRIEN & COURTNEY**
**ATTORNEYS AT LAW**
913 N. MARKET ST., SUITE 800
WILMINGTON, DE 19801

3-50-310

DATE 11/28/06

PAY TO THE
ORDER OF RP Vocational Rehabilitation            $ 2500

two thousand-five hundred                          DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR 763-74879                          Kathleen A. Simmons

⑈0000 2037⑈ ⑈03⑈000503⑈ 20000⑈⑈875798⑈

**Exhibit K**

## Brooks Jr., Norman H.

| | |
|---|---|
| **From:** | Brooks Jr., Norman H. |
| **Sent:** | Wednesday, November 15, 2006 12:21 PM |
| **To:** | 'Kevin William Gibson' |
| **Cc:** | NHB Team |
| **Subject:** | FW: Watts v. Dawson |

Mr. Gibson:

I don't believe that I misunderstood either your representations to the court, or Judge Sleet's directions on this. You are already on the record as having identified your liability expert. I don't have the name of the attorney in front of me, but I recall that he is practicing in Dover. If I need to get a copy of the transcript and file a motion to compel, I will have no recourse but do it. I trust you will not require us to impose upon the court in this manner. Please consider this my request that you review your file and promptly identify the expert so we can depose him, without the need for a motion. Thank you for your anticipated cooperation. Very truly yours,

Norman H. Brooks, Jr., Esq.
913 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
F: (302) 658-6537
nbrooks@mooclaw.com

---

**From:** Kevin William Gibson [mailto:KevinGibson@gibperk.com]
**Sent:** Wednesday, November 15, 2006 9:54 AM
**To:** Thomas, Paulette A.
**Subject:** Re: Watts v. Dawson

Ms. Thomas: I have as of yet to decide if I will offer expert testimony. Apparently Mr. Brooks did not understand what Judge Sleet ordered. He ordered a mediation and if it is unsuccessful then he will hold a scheduling conference and set up a discovery schedule. Thus I have no need to designate an expert nor do I want to go to that expense at this time. kwg

----- Original Message -----
**From:** Thomas, Paulette A.
**To:** Kevin William Gibson
**Cc:** Brooks Jr., Norman H.
**Sent:** Wednesday, November 15, 2006 9:22 AM
**Subject:** Watts v. Dawson

Dear Mr. Gibson:

We would like to schedule the deposition of your legal expert. Would consult with your expert and let me know their and your availability. Thank you for your assistance.

**Paulette A. Thomas, AIC (Paralegal to Norman H. Brooks, Jr.)**
**Marks, O'Neill, O'Brien & Courtney**

11/15/2006

**913 N. Market Street, Suite 800**
**Wilmington, DE 19801**
**Phone (302) 658-6538**
**Fax (302) 658 6537**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

ELIZABETH WATTS,            :
                            :
        Plaintiff,        :
                            :    C. A. No. 06C-02-114 JOH
     v.                    :
                            :    JURY DEMAND & ANSWER
LOIS J. DAWSON,          :
                            :
        Defendant.     :

## CERTIFICATE OF SERVICE

I, **Theodore J. Segletes, III,** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that

on this **28th** day of **December**, 2006, the attached **Motion to Compel** was served by electronic

filing in the above matter upon the following counsel of record:

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street, #105
Media, PA 19063

                          */s/ Theodore J. Segletes, III*
                          Theodore J. Segletes, III

DE073161.1