IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| | : | |
| Defendant. | : | |

## VACATION OF NOTICE OF DEPOSITION

TO:    Kevin William Gibson, Esquire
       Gibson & Perkins, P.C.
       200 East State Street, #105
       Media, PA 19063

       PLEASE TAKE NOTICE that the deposition of Be Jordan, originally scheduled for January

3, 2007 is hereby **vacated**.

                                          */s/ Norman H. Brooks, Jr.*
                                          Norman H. Brooks, Jr., Esquire / I.D. No. 2568
                                          Marks, O'Neill, O'Brien & Courtney, P.C.
                                          913 North Market Street, #800
                                          Wilmington, DE  19801
                                          (302) 658-6538
                                          *Attorney for Defendant*

DATED: January 2, 2007

DE073335.1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

ELIZABETH WATTS,                          :
                                          :
            Plaintiff,                     :
                                          :    C. A. No. 06C-02-114 JOH
      v.                                   :
                                          :    JURY DEMAND & ANSWER
LOIS J. DAWSON,                            :
                                          :
            Defendant.                     :

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr.** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that

on this **2nd** day of **January**, 2007, the attached **Notice of Vacation of Deposition** was served by

electronic filing in the above matter upon the following counsel of record:

      Kevin William Gibson, Esquire
      Gibson & Perkins, P.C.
      200 East State Street, #105
      Media, PA 19063

                        */s/ Norman H. Brooks, Jr.*
                        Norman H. Brooks, Jr.

DE073336.1