IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

TO:  Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the following oral deposition on January 12, 2007 in the offices of Marks, O'Neill, O'Brien & Courtney located at 913 Market Street, Suite 800, in Wilmington, Delaware:

Carolyn Walter                    3:00 p.m.

_____
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DATED: 1/2/07

DE073346.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __2nd__ day of **January**, 2007, that I caused two true and correct copies of the **Notice of Deposition of Carolyn A. Walter** were served by electronic filing upon the following counsel of record:

Kevin William Gibson, Esquire
1326 King Street
Wilmington, DE 19899


/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
*Attorney for Defendant*

DE073344.1