IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-cv-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## DEFENDANT'S RULE 26(a) DISCLOSURES

Defendant, Lois J. Dawson, by and through the undersigned counsel, hereby discloses the following items pursuant to Federal Rule of Civil Procedure 26(a)(1):

1. Identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing parties claims or defenses.

**RESPONSE:**

    **(a)** **Plaintiff Elizabeth Watts**

    **(b)** **Lois J. Dawson, Esquire**

    **(c)** **Carolyn Walter, Widener University**

    **(d)** **Pat Arnott, and Wendy Morin; Aetna Insurance**

    **(e)** **Dr. Bergman - see correspondence dated 6/8/01; and**

    **(f)** **Be Jordan.**

2. Documents in possession of counsel or the party that may be used to support the

disclosing parties claim or defenses.

**RESPONSE:**

    **(a)    The Group Plan;**

    **(b)    Correspondence from Dr. Bergman dated 6/8/01;**

    **(c)    Correspondence from Carolyn Walter, Widener University, dated 6/12/01;**

    **(d)    Correspondence from Pat Arnott, Aetna Appeal Coordinator, dated 10/10/01;**

    **(e)    Correspondence from Defendant dated 6/26/01;**

    **(f)    Correspondence from Defendant dated 10/24/01; and**

    **(g)    E-mail re: bad faith expert dated 11/1/01.**

**All of these documents have previously been produced.**

3.    Identities of experts and their opinions.

**RESPONSE:**

**Defendant Lois J. Dawson has not yet retained an expert. Defendant reserves the right to identify an expert of her choosing.**

4.    Computation of any category of damages claimed by the disclosing party.

**RESPONSE:**

**Not applicable.**

5.    Insurance agreements in force.

**RESPONSE:**

**Plaintiff's Aetna Insurance: The Group Plan; previously produced.**

DE057576.1

                                          */s/ Norman H. Brooks, Jr.*
                                        Norman H. Brooks, Jr. / Bar ID # 2568
                                        Theodore J. Segletes, III/ Bar ID #4456
                                        Marks, O'Neill, O'Brien & Courtney, P.C.
                                        913 North Market Street, #800
                                        Wilmington, DE 19801
                                        (302) 658-6538
                                        *Attorneys for Defendant*

Dated: January 3, 2007

DE057576.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 1:06-CV-00165-GMS |
| | : |
| LOIS J. DAWSON, ESQUIRE | : |
| | : |
| Defendant. | : |

---

**CERTIFICATE OF SERVICE**

---

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this __3rd__ day of **January**, 2007, that I caused two true and correct copies of the **Defendant's Rule 26(a) Disclosures** were served by electronic filing upon the following counsel of record:

      Kevin William Gibson, Esquire
      1326 King Street
      Wilmington, DE 19899


      /s/ Norman H. Brooks, Jr.
      Norman H. Brooks, Jr., Esquire / I.D. No. 2568
      *Attorney for Defendant*