IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| | : | |
| LOIS J. DAWSON, ESQUIRE | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **3rd** day of **January**, 2007, that I caused two true and correct copies of the **Defendant's Rule 26(a) Disclosures** to be served by regular mail, first class, postage prepaid, upon the following counsel of record:

>Kevin William Gibson, Esquire
>1326 King Street
>Wilmington, DE 19899

>/s/ Norman H. Brooks, Jr.
>Norman H. Brooks, Jr., Esq. ( I.D. No. 2568)
>*Attorney for Defendant*
>*Lois J. Dawson, Esq.*

DE073452.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| | : |
| LOIS J. DAWSON, ESQUIRE | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **3rd** day of **January**, 2007, that I electronically filed **Notice of Service of Defendant's Rule 26(a) Disclosures** with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Kevin William Gibson, Esquire
> 1326 King Street
> Wilmington, DE 19899

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esq. ( I.D. No. 2568)

*Attorney for Defendant*
*Lois J. Dawson, Esq.*

DE073456.1