IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## VACATION OF DEPOSITIONS

TO:  Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street
Media, PA 19063

PLEASE TAKE NOTICE that the depositions of Be Jordan and Carolyn Walter, scheduled for January 12, 2007 at 8:30 a.m. and 3:00 p.m., respectively, are hereby **vacated**. The depositions will be rescheduled at a later date.

/s/ *Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire (I. D. No. 2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendant*

DATED: January 11, 2007

DE074061.1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| ELIZABETH WATTS, | : |
|---|---|
| Plaintiff, | : |
| v. | : C. A. No. 06C-02-114 JOH |
| LOIS J. DAWSON, | : JURY DEMAND & ANSWER |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr.** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this **11th** day of **January**, 2007, the attached **Notice of Vacation of Deposition** was served by electronic filing in the above matter upon the following counsel of record:

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street, #105
Media, PA 19063

*/s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr.

DE073336.1