IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : | |
| Defendant. | : | |

### REQUEST FOR ORAL ARGUMENT
### ON DEFENDANT'S MOTION TO COMPEL

Pursuant to Local District Court Rule 7.1.4, Defendant Lois J. Dawson, Esq., by and through her undersigned counsel, hereby requests that the Court schedule oral argument on her Motion to Compel, filed contemporaneously with this request.

Respectfully submitted,

MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.

/s/ Theodore J. Segletes, III
Norman H. Brooks, Jr., Esquire (ID No. 2568)
Theodore J. Segletes, III, Esquire (ID No. 4456)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

*Attorneys for Defendant*
*Lois J. Dawson, Esq.*

DATED: January 12, 2007

DE074157.1

## CERTIFICATE OF SERVICE

I, **Eric M. Anderson, Esq.** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 12th day of **January**, 2007, I served Defendant's **Request for Oral Argument** by electronic filing in the above matter upon the following counsel of record:

    Kevin William Gibson, Esquire
    Gibson & Perkins, P.C.
    200 East State Street, #105
    Media, PA 19063

 

                                                    /s/ *Eric M. Anderson*
                                                    Eric M. Anderson

DE074166.1