## NOTICE OF SERVICE

I, **Theodore J. Segletes, III, Esq.**, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 26th day of January, 2007, I served Defendant's **Disclosure of Expert Testimony Pursuant to Rule 26(a)(2)(B)** by first class mail in the above matter upon the following counsel of record:

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street, #105
Media, PA 19063

                */s/ Theodore J. Segeletes, III*
                Theodore J. Segletes, III, Esq. (ID # 4456)

DATED:  January 26, 2007

DE075487.1