IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, Norman H. Brooks, Jr., of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 26th day of January, 2007, I served **Defendant's Amended Disclosure of Expert Testimony Pursuant to Rule 26(a)(2)(B)** in the above matter by First Class Mail upon the following counsel of record:

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street, #105
Media, PA 19063

/s/ Norman H. Brooks, Jr.

DATED:   January 29, 2007

DE075507.1