IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **13th** day of **February**, 2007, that I caused two true and correct copies of **Defendant's First Set of Request for Production Directed to Plaintiff** to be served by first class mail, postage pre-paid, upon the following counsel of record:

Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
200 East State Street, #105
Media, PA 19063

_/s/ Norman H. Brooks, Jr._
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE:070419.1

# CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire,** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this **13th** day of **February**, 2007, the attached **Notice of Service** was served by electronic filing upon the following counsel of record:

    Kevin William Gibson, Esquire
    Gibson & Perkins, P.C.
    200 East State Street, #105
    Media, PA 19063

    /s/ *Norman H. Brooks, Jr.*
    Norman H. Brooks, Jr., Esquire / I.D. No. 2568
    *Attorney for Defendant*

DE076420.1