# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

NORMAN H. BROOKS, JR.
Member DE Bar
nbrooks@mooclaw.com

February 21, 2007

The Honorable Gregory M. Sleet
U. S. District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

*Via Electronic Mail*

Re:   **Watts v. Dawson**
      **C. A. No. 1:06-CV-00165-GMS**
      **Our File No. 763-74879**

Dear Judge Sleet:

     This responds to Mr. Gibson's unsolicited letter of February 20, to Your Honor. I am very concerned about Mr. Gibson's motivation in raising this issue with the Court in disregard of Your Honor's very clear instructions to counsel during our February 1 conference with the Court concerning efforts to resolve discovery issues without involving the Court. Moreover, Local Rule 7.1.1 requires counsel to make a reasonable effort to reach agreement with counsel on discovery matters as a condition precedent to presenting a discovery motion. Here, there was no such effort.

     Had Mr. Gibson asked for my position, I would have advised that I have no objection to staying the discovery until we have had a chance to resolve this through mediation. However, I see no reason to stay it until an arbitrary date such as March 23.

     During the past hour, Mr. Gibson and I participated in a teleconference with the Mediator, Carl Schnee, in an effort to establish certain ground rules for the mediation. During that conference, I again confirmed that my client will appear in person and in addition, my claims counsel will be traveling from New York to also participate in person.

     Whereas mediation remains scheduled for Friday, February 23, I see no reason to stay discovery beyond that point if we are unsuccessful in reaching an agreed upon result during that

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
The Honorable Gregory M. Sleet
February 21, 2007
Page 2

    conference.

    Thank you for this consideration.

                      Respectfully submitted,

              BY:   NORMAN H. BROOKS, JR./I.D. No. 2568

NHB/smh
cc:    Kevin W. Gibson, Esq. via CM/EMF electronic filing
       Lois J. Dawson, Esquire

DE077230.1