IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH WATTS, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE | : | |
| Defendant. | : | |

**STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed by and between the parties to this action, through the undersigned counsel, that the Complaint in this action is hereby dismissed with prejudice.

_____
Kevin William Gibson, Esquire
Gibson & Perkins, P.C.
1326 King Street
Wilmington, DE 19801
*Attorney for Plaintiff*

_____
Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
*Attorney for Defendant*

It is SO ORDERED this _____ day of _____, 2007.

_____
Gregory M. Sleet, District Judge

DE079464.1