**GP  GIBSON&PERKINS PC**
Attorneys at Law

SUITE 105
200 E STATE STREET
MEDIA, PA 19063
610.565.1708
610.565.4358 [FAX]

DELAWARE OFFICE:
1326 KING STREET
WILMINGTON DE 19899
302.668.3992

Kevin William Gibson
Direct Dial 610.565.1708 Ext1
kevingibson@gibperk.com

Edward L. Perkins*
Kevin Gibson+
Arij Faruqi
Anish Patel*
Janice Matier*
Eric George*
Richard Welsh

OF COUNSEL:
Victoria Schutt*

*LLM in Taxation
+Admitted in Pa
and Delaware

April 3, 2007

Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington DE 19801
Via efiling and facsimile [only]

Re: Watts v Dawson 1:06-cv-165

Dear Judge Sleet:

    This is a response to Mr. Brook's letter of yesterday. At the outset please let me apologize for Mr. Brook's dragging you into a matter that has been resolved. But I will repeat what I stated herein on the record when I first complained of Mr. Brooks improvident removal of this case from State Court. He has "churned" this file more than any attorney I have ever dealt with. This most recent intrusion on this Court's valuable time is yet another reason for Mr. Brook's to chock up another billable hour. As you can see from my emails attached to his letter all he had to do was sign the Stipulation of Dismissal I signed and then efile same with the Court. He needs to be disabused of his wrongheaded belief that an "original" of the pleading is required to be filed. The PDF version that is Efiled, is the "original".

    I respectfully request the Court to simply ignore Mr. Brook's letter in the hopes that eventually he will realize that all he has to do is electronically file what I sent him yesterday. To grant his request for a "telephone conference" will just give him another reason to bill a file that should be closed.

Respectfully,

KEVIN WILLIAM GIBSON

Cc:    Norman Brooks, Esq.