IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH WATTS, : | |
|     Plaintiff, : | |
| v. : | C. A. No. 1:06-CV-00165-GMS |
| LOIS J. DAWSON, ESQUIRE : | |
|     Defendant. : | |

### STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties to this action, through the undersigned counsel, that the Complaint in this action is hereby dismissed with prejudice.

_____  _____
Kevin William Gibson, Esquire                Norman H. Brooks, Jr., Esquire
Gibson & Perkins, P.C.                       Marks, O'Neill, O'Brien & Courtney, P.C.
1326 King Street                             913 North Market Street, #800
Wilmington, DE 19801                         Wilmington, DE 19801
*Attorney for Plaintiff*                     *Attorney for Defendant*

It is SO ORDERED this _____ day of _____, 2007.

_____
Gregory M. Sleet, District Judge

DE079464.1

## CERTIFICATE OF SERVICE

I, **Theodore J. Segletes, III, Esquire,** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this **30th** day of **April**, 2007, I filed the parties' Stipulated Order of Dismissal with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Kevin William Gibson, Esquire
    Gibson & Perkins, P.C.
    200 East State Street, #105
    Media, PA 19063

    /s/ *Theodore J. Segletes, III*
    Theodore J. Segletes, III, Esquire / I.D. No. 4456
    *Attorney for Defendant*

DE081244.1